No. 12–5065. McFalls v. United States. C. A. 6th Cir. Certiorari denied.

No. 12–5066. Pita-Mota v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5067. Spry v. United States. C. A. 11th Cir. Certiorari denied.

No. 12–5068. O'Neill v. Clarke, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 12–5069. Mondaca v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5070. Roman v. Wenerowicz, Superintendent, State Correctional Institution at Graterford, et al. C. A. 3d Cir. Certiorari denied.

No. 12–5071. Contreras v. Cate, Secretary, California Department of Corrections and Rehabilitation. C. A. 9th Cir. Certiorari denied.

No. 12–5072. Elam v. Denney, Warden. C. A. 8th Cir. Certiorari denied.

No. 12–5073. Davis v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5074. Chitwood v. United States. C. A. 11th Cir. Certiorari denied.

No. 12–5076. Garcia v. Yates, Warden. C. A. 9th Cir. Certiorari denied.

No. 12–5077. Francisco-Pascual v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5078. Huitron-Guizar v. United States. C. A. 10th Cir. Certiorari denied.

No. 12–5079. Harris v. Kansas. Sup. Ct. Kan. Certiorari denied.

No. 12–5080. Delgado v. Warren, Administrator, New Jersey State Prison, et al. C. A. 3d Cir. Certiorari denied.